650

No. 754.  AWOTIN *v.* HEALY ET AL.  March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Irving H. Flamm* for petitioner. *Messrs. Emmett J. McCarthy, Robert F. Carey,* and *Daniel M. Healy* for respondents.

No. 755.  ANNETT *v.* NEW YORK, N. H. & H. R. Co. March 7, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr.* *Curtiss K. Thompson* for petitioner. *Messrs. Edward R. Brumley, Jesse E. Waid,* and *Frederick H. Wiggin* for respondent.

No. 433.  HARMAN *v.* COMMISSIONER OF INTERNAL REVENUE.  March 7, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Mark Eisner* and *Ferdinand Tannenbaum* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for respondent.

No. 827.  DOWLING *v.* WESTERN UNION TELEGRAPH Co.  March 14, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James H. Duffy* for petitioner. No appearance for respondent.

No. 726.  MURPHY *v.* ZERBST, WARDEN.  March 14, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Harold Sheats* for petitioner. *Acting Solicitor General Bell, As-*